STATE of Missouri, Respondent,

v.

Kenneth WESTLIE, Appellant.

No. WD 42074.

Missouri Court of Appeals,
Western District.

March 13, 1990.

Mary K. Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of possession of a controlled substance, in violation of § 217.360(1), RSMo 1986.

Judgment affirmed. Rule 30.25(b).

Parrish D. PHILLIPS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42088.

Missouri Court of Appeals,
Western District.

March 13, 1990.

Judith C. LaRose, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).